UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMED SALEM DAHMANE,

Petitioner,

v.

WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

Respondents.

No.  1:26-cv-04870-DAD-AC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING MOTION TO DISMISS OR TRANSFER, AND DENYING MOTION FOR RELEASE PENDING REVIEW AS MOOT

(Doc. Nos. 1, 14, 18, 19)

Petitioner is a federal immigration detainee proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On July 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's habeas petition (Doc. No. 1) be granted and respondents' motion to dismiss or transfer based upon the first-to-file rule be denied.  (Doc. No. 18.)  Specifically, the magistrate judge concluded that petitioner's re-detention without a pre-deprivation hearing violated due process, and that, although petitioner filed a petition in the Western District of New York before filing his pending petition in the Eastern District California, that first-filed action has

1

since been dismissed without prejudice. (*Id.* at 5–6.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days after service. (*Id.* at 6–7.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations filed on July 20, 2026 (Doc. No. 18), are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Respondents are ORDERED to immediately release petitioner Mohamed Salem Dahmane, A-File No. 246-772-443, from respondents' custody on the same conditions he was subject to prior to his re-detention on or about April 8, 2026;

   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondents will have the burden of establishing that petitioner is a danger or flight risk by clear and convincing evidence;

3. Respondents' motion to dismiss or transfer (Doc. No. 14) is DENIED;

4. Petitioner's motion for release pending review of the findings and recommendations (Doc. No. 19) is DENIED as having been rendered moot by this order adopting the magistrate judge's findings and recommendations and granting petitioner habeas relief;

5. The Clerk of the Court is directed to serve the Golden State Annex Detention Facility with a copy of this order; and

6.    The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **July 24, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE